4926
Santa Rosa, CA 95409

U.S. Dist. Court
Attn: Civil Clerk
450 Golden Gate
San Francisco, CA

INSPECTED BY
U.S. MARSHALS SERVICE
SEP - 9 2016



N.D. California

...Ave., 16th Fl.

94102

SUSAN Y. SOONG
NORTHERN DISTRICT OF CALIFORNIA
U.S. DISTRICT COURT
SEP 08 2016
RECEIVED