UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-05195-JD<br><br>**ORDER TO SHOW CAUSE** |

At 10:00 am on Thursday, January 26, 2017, the Court held an initial case management conference and motion to dismiss hearing, both of which were noticed for this date. Pro se plaintiff John Doe, who is proceeding under a pseudonym, did not appear. Plaintiff had made no prior request to be excused from the hearing or to reschedule the hearing date. His failure to appear is unexcused and violates the Local Rules and the Court's standing order for civil cases.

Doe is ordered to show cause why the Court should not dismiss this case for failure to prosecute. His written response is due **by February 9, 2017.**

If Doe intends to pursue this case, he may wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information, is available online at: http://cand.uscourts.gov/proselitigants.

**IT IS SO ORDERED.**

Dated: January 26, 2017

　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge