1

2          UNITED STATES DISTRICT COURT

3          NORTHERN DISTRICT OF CALIFORNIA

4

5   JOHN DOE,                                    Case No. 16-cv-05195-JD

6          Plaintiff,

                                                 **ORDER RE MOTIONS FOR LEAVE
7          v.                                    TO SUE UNDER A PSEUDONYM**

8   COUNTY OF SONOMA, et al.,                     Re: Dkt. Nos. 54 in 16-5195, 23 in 17-6945

9          Defendants.

10  JOHN DOE,                                    Case No. 17-cv-06945-JD

11         Plaintiff,

12         v.

13  DANIELLE SANTOS, et al.,

14         Defendants.

15

16          Pro se plaintiff John Doe moves for leave to sue under a pseudonym in these related cases.

17  Dkt. No. 54 in 16-5195; Dkt. No. 23 in 17-6945.  Plaintiff was provisionally allowed to so sue

18  with instructions to renew his request once defendants were served.  Dkt. No. 6 in 16-5195; Dkt.

19  No. 10 in 17-6945.  The motions are unopposed.

20          There is also a strong tradition of transparent litigation in our federal courts.  The "use of

21  fictitious names runs afoul of the public's common law right of access to judicial proceedings, and

22  Rule 10(a)'s command that the title of every complaint 'include the names of all the parties.'"

23  *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000) (citations

24  omitted).  "Nevertheless, many federal courts, including the Ninth Circuit, have permitted parties

25  to proceed anonymously when special circumstances justify secrecy."  *Id.*

26          In light of the embarrassment plaintiff says he would suffer from disclosure of his identity,

27  and because the motions are unopposed, the Court will grant them in part.  Plaintiff is directed to

28  continue to style his filings in the current "John Doe" format.  Plaintiff's identity will not be

United States District Court
Northern District of California

1    disclosed to the general public.  Plaintiff will be referred to as John Doe in all pleadings and other

2    documents related to this litigation, as well as in any proceedings that may be held before this

3    Court.  Defendants and their attorneys will not disclose plaintiff's identity to any other person or

4    entity except as may be necessary to defend against this action.

5         These measures are ordered without prejudice to a future request to disclose plaintiff's true

6    name or to the Court deciding that these cases' circumstances no longer warrant them.

7         **IT IS SO ORDERED.**

8    Dated:  May 10, 2019

9

10   _____

11   JAMES DONATO
     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28